UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  09-37225 |
| I.S.B. FINANCIAL CORP., an Illinois Corporation, | ) ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE AND ORDER DISCHARGING TRUSTEE AND CLOSING CASE

    This Court having heard the motion (the "Motion") of N. Neville Reid, not individually, but solely in his capacity as the liquidating trustee (the "Liquidating Trustee" or the "Trustee") of the I.S.B. Financial Corp. Liquidating Trust (the "Liquidating Trust" or the "Trust"), pursuant to that certain Plan of Liquidation of I.S.B. Financial Corp. Proposed by Bank of America, N.A., as confirmed by this Court on May 5, 2011 (the "Plan" and such order confirming the same the "Confirmation Order"), for entry of a final decree (a) terminating the Liquidating Trust and (b) closing this case; it appearing that there remains no further duties for the Trustee to perform under the Plan and that the Trust property has been fully liquidated; sufficient notice having been given of the Motion and adequate cause appearing therefore;

  IT IS HEREBY ORDERED:

  1. The Motion is granted in its entirety.

  2. The Liquidating Trustee is hereby discharged of any further duties under the Plan.

  3. This Order shall be deemed a final decree in this case for purposes of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

  4. The Clerk of the Bankruptcy Court may take all steps necessary to effect and record a closing of this bankruptcy case on the docket and the records of the court.

    Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  November 17, 2015

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201